# Court of Appeals
# of the State of Georgia

ATLANTA,  April 12, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1234. CATOOSA COUNTY REPUBLICAN PARTY et al. v. STEVEN M. HENRY et al.**

In this action seeking to prohibit the respondents from preventing the qualification of petitioners as Republican candidates for county offices, the respondents appeal from a trial court order that, inter alia, issued injunctive relief to the effect that each of the petitioners "is entitled to qualify with the Catoosa County election superintendent at their offices" for a county election. The petitioners have filed a motion to transfer this appeal to the Supreme Court of Georgia.

The Supreme Court "has exclusive appellate jurisdiction over '[a]ll cases of election contest.'" *Cook v. Bd. of Registrars*, 291 Ga. 67, 68 (2) (a) (1) (727 SE2d 478) (2012) (quoting Ga. Const. of 1983, Art. VI, Sec. VI, Par. II (2)). Because the underlying subject matter of this action is an "election contest," it appears that jurisdiction over this appeal may lie in the Supreme Court. See *Cook*, 291 Ga. at 71 (2) (a) (3) (observing that various pre-election "candidacy challenges . . . qualify as 'cases of election contest' within [the Supreme] Court's jurisdiction"). Further, the Supreme Court has the ultimate responsibility for determining appellate jurisdiction. See *Saxton v. Coastal Dialysis & Med. Clinic*, 267 Ga. 177, 178 (476 SE2d 587) (1996).

Accordingly, the petitioners' motion to transfer is GRANTED, and this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/12/2024

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*